```
BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SUREN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-10-70784-MAG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING, WAIVING THE TIMING FOR A PRELIMINARY HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JANE DOE, a/k/a "NAVCHAA SUREN," | |
| Defendant. | Hearing Date: December 16, 2010<br>Time: 9:30 a.m. |

The above-captioned matter is set on December 16, 2010 before this Court for a status hearing. The parties jointly request that the Court continue the matter to January 12, 2011 at 10:00 a.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between December 16, 2010 and January 12, 2011.

Defendant Navchaa Suren was charged out of the Western District of New York with making false statements to an immigration officer, in violation of 18 U.S.C. § 1001(a)(2). On September 3, 2010, Ms. Suren made an initial appearance in this district and was released on a bond. The current status of this case is that counsel for Ms. Suren has negotiated a Rule 20 disposition under the Federal Rules of Criminal Procedure with the United States Attorney's Office in the Western District of New York. The parties need additional time to prepare this

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-70784-MAG

matter for the Rule 20 proceedings.  Defense counsel also needs additional time to collect immigration records, to investigate the immigration consequences of this matter and to review the discovery with Ms. Suren.

For these reasons, Ms. Suren agrees to waive the timing of a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.  The parties agree that this waiver covers all time between the date of this stipulation and January 12, 2011.

The parties also agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Accordingly, the parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree that the period of time from December 16, 2010 until January 12, 2011 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: December 9, 2010                          /S/
                                                JOSHUA HILL
                                         Assistant United States Attorney


DATED: December 9, 2010                          /S/
                                              ANGELA M. HANSEN
                                         Assistant Federal Public Defender

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-70784-MAG                    2

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense has negotiated a Rule 20 disposition with the United States Attorney in the Western District of New York and that the parties need additional time to process the Rule 20 paperwork;

2. Given defense counsel's need to review the discovery in this case;

3. Given that defense counsel needs time to collect immigration records and to assess the immigration consequences of a conviction in this matter;

4. Given that defendant agrees to waive the timing of a preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure;

5. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

6. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, it is ordered that the status hearing date of December 16, 2010, scheduled at 9:30 a.m., is vacated and reset for January 12, 2011 at 10:00 a.m., before the sitting United States Magistrate Judge. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from December 16, 2010 to January 12, 2011. It is further ordered that the timing of the preliminary hearing is waived between December 16, 2010 through January 12, 2011.

December 13, 2010

DONNA M. RYU
United States Magistrate Judge

Stip. Req. To Continue Hearing Date and to
Exclude Time, CR-10-70784-MAG                3